No. 412, Misc. BROWN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 432, Misc. DEWAN ET AL. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 436, Misc. NICHOLS *v.* McGEE, DIRECTOR, CALIFORNIA STATE DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 438, Misc. EINIEDER *v.* OAKLAND CIRCUIT COURT. Supreme Court of Michigan. Certiorari denied.

No. 439, Misc. DONALDSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 440, Misc. SKINNER *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 444, Misc. GOULD *v.* FLOETE, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin* for respondents.

No. 447, Misc. CAMPBELL *v.* MISSOURI. Supreme Court of Missouri. Certiorari denied.